Rev. 1/10/20  Receipt No. __2143__

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF NEW YORK

## RECEIPT FOR COLLATERAL

UNITED STATES OF AMERICA        at  Albany
                                    (city where surrendered)
-vs-
Christopher Snyder              Case No. 1:25-cr-195

The following item was received on behalf of the United States from Attorney Shinerock on behalf of Christopher Snyder

☐  Passport No.:       576108756
   Country:            United States of America
   Name:               Christopher Scott Snyder
   Street Address:     ███████████████
   City, State and Zip Code:  Virginia Beach, VA 23453

☐  Other

Receipt is hereby acknowledged.        John M. Domurad
                                       Clerk, U.S. District Court

Date: 05/16/2025                       By: s/Teri Lambert

---

Complete this section at the conclusion of the case

Location: _____

Disposition: _____

Sent the above item as described via certified mail to _____

_____    _____    _____
   (Signature)            (Print name)            (Date)

**Print 3 copies: (1) defendant/representative (2) collateral receipts binder (3) In vault with passport**